MICHAEL BAILEY
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2019 NOV -6 PM 4:23
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-02876 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Record of Federal Firearms Licensee)<br>Count 1 |
| Victor Hugo Uribe, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about August 16, 2019, in the District of Arizona, VICTOR HUGO URIBE knowingly made a false statement and representation to BKM Guns, Inc., doing business as Murphy's Guns & Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc.; in that VICTOR HUGO URIBE, in connection with the purchase of a firearm, stated that his address was

///

1341 East Allen Road, Apartment 10, Tucson, Arizona, when this was not in fact his address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 6, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney